■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN F. GARCIA, Appellant. [48 NYS3d 609]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed November 9, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Rennick*, 123 AD3d 1146 [2014]; *People v Reyes*, 121 AD3d 820

[2014]; *People v Coleman*, 116 AD3d 708 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.